# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWARD P. HONES, | ) | |
|                     Plaintiff, | ) | Case No. 2:12-cv-01951-JCM-PAL |
| vs. | ) | **ORDER** |
| HENRY YOUNG, PhD, et al., | ) | |
|                     Defendants. | ) | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered November 13, 2012, regarding removal of this case to federal district court. On November 28, 2012, Defendants filed a signed Statement (Dkt. #9) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., January 28, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 14th day of January, 2013.

                                                              Peggy A. Leen
                                                              United States Magistrate Judge